United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| YOHNSON DAVID RIERA ULLOA, *Petitioner*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 5:26-CV-01259 |
| WARDEN, WEBB COUNTY DETENTION CENTER, *et al.*, *Respondents*. | § § § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. 1). Petitioner is a native and citizen of Venezuela. At the time the habeas petition was filed, Petitioner was detained at the Webb County Detention Center in Laredo, Texas. (Dkt. 1 at 1). Petitioner challenges his detention and seeks immediate release from custody. (Dkt. 1 at 15).

On October 14, 2026, Respondents advised the Court that Petitioner was removed to Venezuela on October 13, 2026, and is no longer in custody. (Dkt. 20).

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 15th day of October, 2026.

Nelva Gonzales Ramos
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE